UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORREA,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>            Defendant. | NO. CV 15-6443-RGK (AGR)<br><br>ORDER DISMISSING ACTION |

      On February 17, 2016, the Court issued an Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"). (Dkt. No. 35.) The Court granted Defendant's motion to dismiss the original complaint, denied without prejudice Plaintiff's motion for leave to file a proposed First Amended Complaint, and granted Plaintiff leave to file a Second Amended Complaint that cured the defects within 30 days after entry of the Order.

      On March 3, 2016, Plaintiff filed a document entitled "Notice Of Intent Not To File An Amended Complaint." (Dkt. No. 36.) Plaintiff states that he "stands with his First Amended Complaint" and "refuses to amend complaint for a second time." (*Id.* at 1-2.)

1       In light of Plaintiff's election not to file a Second Amended Complaint, IT IS
2 HEREBY ORDERED that Judgment be entered for the Defendant.

4 DATED: 3/11/16

                                        R. GARY KLAUSNER
                                    United States District Judge