UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES CORREA, | ) | NO. CV 15-6443-RGK (AGR) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| Defendant. | ) | |

Based on the Order Dismissing Action, IT IS ORDERED AND ADJUDGED that Judgment be entered for Defendant United States Postal Service.

DATED: 3/11/16

_____
R. GARY KLAUSNER
United States District Judge